KAREN L. LOEFFLER
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK   99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN H. SMITH,<br><br>　　　　　　Defendant. | No.<br><br>COUNT 1:<br>EMBEZZLEMENT OF LABOR UNION ASSETS<br>　Vio. Of 29 U.S.C. § 501(c) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

1. At all times relevant to this indictment, Carpenters' Local Union 2247 ("LU 2247") was a labor organization as defined in Sections 3(i) and (j) of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. § 401, *et seq.,* and was engaged in an industry affecting interstate commerce.

2. Between 2007 and May 2012, defendant Jonathan H. Smith was an employee and officer of LU 2247, namely, the Financial Secretary in Juneau, Alaska.

3. Between on or about April 16, 2007, and on or about May 8, 2012, within the District of Alaska, defendant Jonathan H. Smith, while acting as the Financial Secretary of LU 2247, did willfully, and with fraudulent intent, embezzle, steel, and unlawfully convert to his personal use, moneys, funds, property and other assets of LU 2247, totaling approximately $40,000.00.

All of which is in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON


<u>s/ Kevin R. Feldis</u>
KEVIN R. FELDIS
Assistant U.S. Attorney
United States of America


<u>s/ Karen L. Loeffler</u>
KAREN L. LOEFFLER
United States Attorney
United States of America


DATE: <u>   4/16/14   </u>